# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                 CASE NO. 4:13CR00144 BSM

CHESTER GREEN                                           DEFENDANT

## ORDER

The government's motion for reconsideration [Doc. No. 228] is granted. Accordingly, the August 1, 2014, judgment [Doc. No. 230] is amended and the $20,000 fine that defendant Chester Green was ordered to pay is struck.

IT IS SO ORDERED this 26th day of August 2014.

                                                         UNITED STATES DISTRICT JUDGE